# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AINA, et al., | : |
| :--- | :--- |
|     Plaintiffs, | : |
| | : |
| v. | :     CIVIL ACTION NO. 13-2702 |
| | : |
| | : |
| HOWARD-VITAL, et al., | : |
|     Defendants. | : |
| | : |

## ORDER

**AND NOW**, this 8th day of October 2013, upon consideration of Plaintiffs' Complaint (Doc. No. 1), the Commonwealth Defendants' Motion to Dismiss (Doc. No. 11), Defendant Hadley's Motion to Dismiss (Doc. No. 12), Plaintiffs' Responses thereto (Doc. Nos. 17 & 18), the Commonwealth Defendants' Reply to Plaintiffs' Response to Commonwealth Defendants' Motion to Dismiss (Doc. No. 21), and Plaintiffs' Sur-Reply to Commonwealth Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Dismiss (Doc. No. 24), it is hereby **ORDERED** that for the reasons stated in the accompanying Memorandum Opinion:

1. All Defendants' Motions to Dismiss Mrs. Aina's §§ 1983 and 1985 claims premised on alleged First Amendment violations are **GRANTED without prejudice** in part and **DENIED** in part to the extent stated in the accompanying Memorandum Opinion;

2. All Defendants' Motions to Dismiss Mrs. Aina's §§ 1983 and 1985 claims premised on injury to reputation are **GRANTED without prejudice**;

3. The Commonwealth Defendants' Motion to Dismiss Mrs. Aina's state-law defamation claim is **GRANTED with prejudice**;

4. Defendant Hadley's Motion to Dismiss Mrs. Aina's state-law defamation claim is **DENIED**;

5. All Defendants' Motions to Dismiss all claims by Dr. Aina are **GRANTED without prejudice**.

6. Plaintiffs may amend their Complaint without leave of Court within **21 days** of the entry of this Order.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.